**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

September 16, 2026

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

RE: William Jones v. Motivate LLC
**SDNY Case No.: 1:26-cv-03931**

Dear Judge Subramanian,

This firm represents the Plaintiff in the above referenced matter. Undersigned counsel writes today to seek a two (2) week extension of time to file a Motion for Default with the Court.

By way of background, the Defendants are in default, and at the direction of the Court, undersigned counsel obtained a Clerk's Certificate of Default for both Defendants on September 15, 2026. Pursuant to Your Honor's Order (Dkt. 12), the Plaintiff is to file a Motion for Default by September 16, 2026. Plaintiff is diligently pursuing this matter. As we have now obtained the Clerk's Certificate, we respectfully request a brief two (2) week extension of time to submit Plaintiff's Motion for Default, to September 29, 2026.

We thank the Court for your time and consideration.

Respectfully submitted,

**BELL LAW GROUP, PLLC**

By: Adam P. Grogan
_______________________
Adam P. Grogan, Esq.
116 Jackson Avenue
Syosset, New York 11791
Tel.: (516) 280-3008
apg@belllg.com

The request for an extension to September 29, 2026, is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 17, 2026