UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM JONES,

Plaintiff,

-against-

MOTIVATE LLC and ABDUL MUHAMMAD,

Defendants.

26-CV-3931 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's May 21, 2026 Order, *see* Dkt. 7, the parties were supposed to file a proposed Case Management Plan with their joint letter. Their joint letter did not include that plan. The parties are ORDERED to file a joint proposed Case Management Plan and Scheduling Order, using the correct template, on or before **November 16, 2026**.

SO ORDERED.

Dated: November 12, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge